# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOMAS individually, and on behalf of all others similarly situated. | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| TD AMERITRADE, INC. | C08-02397 |

TO: (Name and address of defendant)

TD AMERITRADE, INC.
c/o CSC - LAWYERS INCORPORATING SERVICE
2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Edward Cole, Esq.
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE May 9, 2008

CYNTHIA LENAHAN
(BY) DEPUTY CLERK