# ONE LEGAL LLC

CONFIRMATION For **Service of Process**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6662454 | Date: | 5/12/2008 |
|---|---|---|---|

| | | |
|---|---|---|
| Customer SCOTT COLE & ASSOCIATES, APC | Attorney | Carrie S. Lin |
| Customer No. 0056992 | Attorney e-mail | clin@scalaw.com |
| Address | Contact | Michele L Roberts |
| 1970 BROADWAY STE 950 | Contact e-mail | mroberts@scalaw.com |
| OAKLAND, CA  94612-2228 | Contact Phone | 510-891-9800 |
| | Contact Fax | 510-891-7030 |
| | Law Firm File Number | Thomas |

**Case Information:**

Case Number C08-02397
County ALAMEDA
Court Northern District of California
Case Short Title Jason Thomas vs. TD Ameritrade

| Documents Received: | No. Docs: 8  No. Pgs: 27 |
|---|---|

Civil Case Cover Sheet, Summons, Complaint, Notice of Assignment of Case, Consent to Proceed, Declination to Proceed, Order, ECF Registration Handout

Party to Serve: TD Ameritrade          Service address: 2730 GATEWAY OAKS DR STE 100

## This is a Confirmation Only. Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served<br>Faxed back: 5/12/2008 | CT-CSC | 14.95 |
| | Check No. | **Total:** 14.95 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
Sacramento Branch, Ph: 916-446-7666, Fx: 916-446-2111
Thank you for choosing One Legal for your process serving needs.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Carrie S. Lin, 241849<br>SCOTT COLE & ASSOCIATES, APC<br>1970 BROADWAY STE 950<br>OAKLAND, CA  94612-2228 | (510) 891-9800 | |

ATTORNEY FOR *(Name)*:  Plaintiff

Ref. No. or File No.

Thomas

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA  94612-5212

PLAINTIFF:

Jason Thomas

DEFENDANT:

TD Ameritrade

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C08-02397 |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Case Cover Sheet, Summons, Complaint, Notice of Assignment of Case, Consent to Proceed, Declination to Proceed, Order, ECF Registration Handout

2. Party  Served:   TD Ameritrade

**BY FAX**

3. Person Served:   CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:   May 12, 2008          1:49 pm

5. Address, City and State:   2730 GATEWAY OAKS DR STE 100
                              SACRAMENTO, CA  95833

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 12, 2008 at Sacramento, California.

Signature:  _____

Tyler Dimaria

FF# 6662454

E-filing

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ADR

JASON THOMAS individually, and on behalf of
all others similarly situated.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

TD AMERITRADE, INC.

C08-02397

WDB

TO: (Name and address of defendant)

TD AMERITRADE, INC.
c/o CSC - LAWYERS INCORPORATING SERVICE
2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Edward Cole, Esq.
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within ²⁰   days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE May 9, 2008

CYNTHIA LENAHAN
(BY) DEPUTY CLERK