1  JULIE L. TAYLOR, CASB No. 154341
   julie.taylor@kyl.com
2  JULIE A. KOLE, CASB No. 203681
   julie.kole@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
6
   Attorneys for Defendant
7  TD AMERITRADE, INC.

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10

11
   JASON THOMAS, individually, and on    )  Case No. C08-02397 WDB
12 behalf of all others similarly situated, )
                                          )  **STIPULATION GRANTING**
13                             Plaintiff, )  **DEFENDANT TD AMERITRADE, INC.**
                                          )  **AN EXTENSION OF TIME TO**
14              vs.                       )  **RESPOND TO THE COMPLAINT**
                                          )
15 TD AMERITRADE, INC.,                   )
                                          )
16                             Defendant. )
                                          )
17

18         IT IS HEREBY STIPULATED by and between Plaintiff JASON THOMAS

19 ("Plaintiff") and Defendant TD AMERITRADE, INC. (hereinafter "TD Ameritrade"),

20 through their respective attorneys of record, as follows:

21         WHEREAS, TD Ameritrade's Response to the Complaint in this action is

22 due on June 2, 2008;

23         WHEREAS, Plaintiff has granted TD Ameritrade an extension of time, to

24 and including June 16, 2008 to answer or otherwise respond to the Complaint;

25         NOW, THEREFORE, based on the foregoing facts, the parties hereby

26 stipulate that TD Ameritrade shall have until June 16, 2008 to answer or otherwise

27

28

                                         - 1 -                            KYL_SF462807
STIPULATION GRANTING DEFENDANT TD AMERITRADE, INC. AN EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT - Case No. C08-02397 WDB

1 | respond to Plaintiff's Complaint.
2 |
3 |              **IT IS SO STIPULATED AND AGREED:**
4 | DATED: May 29, 2008
5 | _____
   | SCOTT EDWARD COLE
6 | MATTHEW R. BAINER
   | CARRIE S. LIN
7 | SCOTT COLE & ASSOCIATES, APC
   | Attorneys for Representative Plaintiff
   | JASON THOMAS and the plaintiff class
8 |
9 | DATED: May 29, 2008
   | _____
10 | JULIE L. TAYLOR
   | JULIE A. KOLE
11 | KEESAL, YOUNG & LOGAN
   | Attorneys for Defendant
12 | TD AMERITRADE, INC.