JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
JULIE A. KOLE, CASB No. 203681
julie.kole@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendant
TD AMERITRADE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOMAS, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>TD AMERITRADE, INC.,<br><br>  Defendant. | Case No. C08-02397 WDB<br><br>**CERTIFICATION AS TO INTERESTED PARTIES** |

Defendant TD AMERITRADE, INC. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff JASON THOMAS; and

2. Defendant TD AMERITRADE, INC., which is a subsidiary of TD Ameritrade Holding Corp.

DATED: June 16, 2008

Julie L. Taylor
Julie A. Kole
KEESAL, YOUNG & LOGAN
ATTORNEYS FOR DEFENDANT
TD AMERITRADE, INC.

KYL_SF462807

CERTIFICATION AS TO INTERESTED PARTIES - Case No. C08-02397 WDB

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years, and I am not a party to the within action. My business address is Four Embarcadero Center, Suite 1500, San Francisco, CA 94111, and my telephone number is (415) 398-6000.

On the date indicated below, I served a true copy of the following document(s):

**CERTIFICATION AS TO INTERESTED PARTIES**

☒ **BY E-MAIL:** I caused such document(s) to be served electronically on all parties via the United States District Court's Northern District ECF e-filing system.

☒ Pursuant to California Rules of Court, Rule 201, and the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by section 42202 of the Public Resources Code.

Executed on June 16, 2008 at San Francisco, California.

K'Ann M. Klein