JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
JULIE A. KOLE, CASB No. 203681
julie.kole@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
TD AMERITRADE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JASON THOMAS, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

TD AMERITRADE, INC.,

Defendant.

Case No. C08-02397 WDB

**NOTICE OF CHANGE OF ADDRESS**

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, as of July 11, 2008, the attorney for Defendant TD AMERITRADE, INC. has changed its address for service of notices and documents in the above-captioned action. Our telephone and fax numbers remain the same. The new address as of July 11, 2008 is as follows:

Julie L. Taylor, Esq.
Julie A. Kole, Esq.
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, CA 94133

All notices and documents regarding the action should be sent to the above address.

DATED: July 2, 2008

Julie L. Taylor
Julie A. Kole
KEESAL, YOUNG & LOGAN
ATTORNEYS FOR DEFENDANT
TD AMERITRADE, INC.

**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years, and I am not a party to the within action. My business address is Four Embarcadero Center, Suite 1500, San Francisco, CA 94111, and my telephone number is (415) 398-6000.

On the date indicated below, I served a true copy of the following document(s):

**NOTICE OF CHANGE OF ADDRESS**

☒ **BY E-MAIL:** I caused such document(s) to be served electronically on all parties via the United States District Court's Northern District ECF e-filing system.

☒ Pursuant to California Rules of Court, Rule 201, and the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by section 42202 of the Public Resources Code.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 11, 2008 at San Francisco, California.

M. Schilt

Maria Celina M. Schilt