Scott Edward Cole, Esq. (S.B. #160744)
Carrie S. Lin (S.B. # 241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
web:     www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

Julie A. Kole, Esq. (S.B. # 203681)
Julie L. Taylor, Esq. (S.B. # 154341)
**KEESAL, YOUNG & LOGAN, APC**
450 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 398-6000
fax: (415) 981-0136
Email: julie.kole@kyl.com
       julie.taylor@kyl.com

Attorneys for Defendant
TD Ameritrade, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOMAS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>T.D. AMERITRADE, INC.<br><br>Defendant. | Case No.: C 08-02397 WDB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING A.D.R. PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties are amenable to participating in ADR, and hereby stipulate to private mediation as the appropriate ADR process. The parties will meet and confer after the first Case Management Conference regarding the appropriate timing of any private mediation, choice of mediator, and the date and location of the mediation. The parties further stipulate and agree to a two week extension,

1  until August 20, 2008, for exchange of Initial Disclosures pursuant to F.R.C.P. Rule 26.

2

3  Dated: July 23, 2008

4                                    KEESAL, YOUNG & LOGAN, APC

5                          By:  _____
6                                    Julie A. Kole, Esq.
                                     Attorneys for Defendant
7  Dated: July 23, 2008

8                                    SCOTT COLE & ASSOCIATES, APC

9
10                         By:  _____
                                     Carrie S. Lin, Esq.
11                                   Attorneys for the Representative Plaintiff
                                     and the Plaintiff Class
12

13

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED:

16

17  This _____ day of _____, 2008.        _____
                                                Hon. Wayne D. Brazil
18                                              United States Magistrate Judge