UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:   August 13, 2008                    Start Time:    4:00 p.m.    End Time:  4:37 p.m.

TITLE OF CASE     *Thomas v. TD Ameritrade, Inc.*

DOCKET NO.:       C 08-2397 WDB

FTR 8/13/08, 4:00 p.m.

Hearing Location: Courtroom 4

ATTORNEY(S)

Plaintiff:   Matthew R. Bainer, Esq.

Defendant: Julie L. Taylor, Esq.

**PROCEEDINGS**

| | |
|---|---|
| [X] INITIAL STATUS CONFERENCE | [ ] SETTLEMENT CONFERENCE (1ST) |
| [ ] FOLLOW-UP STATUS CONFERENCE | [ ] FOLLOW-UP SETTLEMENT CONF. |
| [ ] PRETRIAL CONFERENCE (NOT FINAL) | [ ] DISCOVERY CONF. (INFORMAL) |
| [ ] FINAL PRETRIAL CONFERENCE | [ ] DISCOVERY HEARING (FORMAL) |
| [ ] DISPOSITIVE MOTION (ORDER) ONLY | [ ] EXAM. OF JUDGMENT DEBTOR |
| [ ] DISPOSITIVE MOTION (OPINION) | [ ] EVIDENTIARY HEARING |

ORDER TO BE PREPARED BY:  ( ) Plaintiff    ( ) Defendant    (x) Court

Court conducted an Initial Case Management Conference.  See later-filed separate Order.