Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Carrie S. Lin (S.B. #241849)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
web:     www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

Julie A. Kole, Esq. (S.B. #203681)
Julie L. Taylor, Esq. (S.B. #154341)
**KEESAL, YOUNG & LOGAN, APC**
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
Email: julie.kole@kyl.com
Email: julie.taylor@kyl.com

Attorneys for Defendant
TD Ameritrade, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOMAS, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>T.D. AMERITRADE, INC.<br><br>                    Defendant. | Case No.: C 08-02397 WDB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET NEW MEDIATION AND CASE MANAGEMENT CONFERENCE DATES** |

   **WHEREAS**, this Court's August 14, 2008 Case Management Order required the parties to complete private mediation before November 30, 2008 (should they decide to attempt ADR through these means), and set a further Case Management Conference for December 10, 2008;

   **WHEREAS**, the parties have agreed to engage in early private mediation, and have filed a letter of intent with the Court stating same; and

- 1 -
Stipulation and [Proposed] Order To Set New Mediation and Case Management Conference Dates

1      **WHEREAS**, the earliest available date for the parties to engage in private mediation with
2  a mutually-acceptable mediator is December 9, 2008;
3      **WHEREAS**, should the mediation be successful, the parties wish the opportunity to notify
4  the Court of any tentative settlement in their Case Management Conference Statement, ordinarily
5  due seven days before the Case Management Conference.

7      **IT IS THEREFORE STIPULATED AND AGREED**, by and between the parties hereto, through
8  their attorneys of record, as follows:
9      The parties will attend private mediation in this case on or before December 9, 2008;
10     The Case Management Conference, currently set for December 10, 2008 should be continued
11 to at least December 18, 2008.

13 Dated: September 25, 2008

    KEESAL, YOUNG & LOGAN, APC

By: _____
Julie A. Kole, Esq.
Attorneys for Defendant

18 Dated: September 24, 2008

    **SCOTT COLE & ASSOCIATES, APC**

By: _____
Carrie S. Lin, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Class

**IT IS HEREBY ORDERED** that:

1. The parties shall have until December 9, 2008 to conduct a mediation in this action.

2. The Case Management Conference, currently scheduled for December 10, 2008, is hereby continued to December 18, 2008, at 1:30 p.m.

_____
The Honorable Wayne D. Brazil
United States District Court Magistrate Judge