Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Eileen M. Bissen, Esq. (S.B. #245821)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Web:   www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff class

Julie L. Taylor, Esq. (S.B. #154341)
Julie A. Kole, Esq. (S.B. #203681)
**KEESAL, YOUNG & LOGAN, APC**
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile:  (415) 981-0136
Email: julie.taylor@kyl.com
          julie.kole@kyl.com
Web:   www.kyl.com

Attorneys for Defendant
TD Ameritrade, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOMAS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TD AMERITRADE, INC.,<br><br>Defendant. | **Case No.: C 08-02397 WDB**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE** |

**WHEREAS**, this Court's September 30, 2008 Case Management Order required the parties to attend a private mediation before December 9, 2008;

1  **WHEREAS**, the parties attended a private mediation on December 9, 2008 and reached a
2  tentative settlement;

4  **IT IS THEREFORE STIPULATED AND AGREED**, by and between the parties hereto,
5  through their attorneys of record, as follows:

6  The Case Management Conference, currently set for December 18, 2008, should be
7  continued to at least February 10, 2009.

9  I, Eileen M. Bissen, attest that I have obtained concurrence from Julie A. Kole in the filing
10 of this Stipulation and Proposed Order Continuing the Case Management Conference Date. *See* N.D.
11 Cal. General Order 45 § 10(b).

13 Dated: December 11, 2008

**KEESAL, YOUNG & LOGAN, APC**

By:  /e/Julie A. Kole
     Julie A. Kole, Esq.
     Attorneys for Defendant
     TD Ameritrade, Inc.

19 Dated: December 11, 2008

**SCOTT COLE & ASSOCIATES, APC**

By:  /e/Eileen M. Bissen
     Eileen M. Bissen, Esq.
     Attorneys for the Representative Plaintiff
     and the Plaintiff Class

**IT IS HEREBY ORDERED** that:

The Case Management Conference, currently scheduled for December 18, 2008, is hereby continued to  February 19, 2009, at 4:00 p.m.  .

Dated: December 12, 2008

By: _____
Hon. Wayne D. Brazil
United States Magistrate Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800