Scott Edward Cole, Esq. (S.B. #160744)
Matthew R. Bainer, Esq. (S.B. #220972)
Rosa I. Vigil, Esq. (S.B. #251872)
Kevin R. Allen, Esq. (S.B. #245821)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Web:  www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff class

Julie L. Taylor, Esq. (S.B. #154341)
Julie A. Kole, Esq. (S.B. #203681)
**KEESAL, YOUNG & LOGAN, APC**
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile:  (415) 981-0136
Email: julie.taylor@kyl.com
       julie.kole@kyl.com
Web:  www.kyl.com

Attorneys for Defendant
TD Ameritrade, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JASON THOMAS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TD AMERITRADE, INC.,<br><br>Defendant. | Case No.: C 08-02397 WDB<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO SHORTEN TIME** |

**WHEREAS**, the parties attended private mediation on December 9, 2008 and, having reached the basic terms of settlement, executed a Memorandum of Settlement that same day;

**WHEREAS**, following weeks of additional negotiations, the parties have now finalized the terms of a full and complete Settlement Agreement and Stipulation ("Settlement") which they are

1 in the process of having executed;

2 **WHEREAS**, Plaintiff intends to file his Motion for Preliminary Approval of the Settlement
3 on or before Tuesday, February 24, 2009;

4 **WHEREAS**, Defendant does not intend to oppose Plaintiff's Motion for Preliminary
5 Approval of the Settlement;

6 **WHEREAS**, subject to the Court's availability, the parties wish to schedule the hearing on
7 Plaintiff's Motion for Preliminary Approval of the Settlement for March 25, 2009 at 1:30 p.m.;

8 **WHEREAS**, the parties believe that the Case Management Conference currently scheduled
9 for February 19, 2009 at 4:00 p.m. ought to be continued indefinitely so as to permit the parties to
10 instead focus on the above referenced preliminary approval motion and hearing;

13 **IT IS THEREFORE STIPULATED AND AGREED**, by and between the parties hereto,
14 through their attorneys of record, as follows:

15 The Case Management Conference, currently set for February 19, 2009 at 4:00 p.m., should
16 be continued indefinitely.

18 **IT IS FURTHER STIPULATED AND AGREED** by and between the parties hereto,
19 through their attorneys of record, as follows:

20 Plaintiffs unopposed Motion for Preliminary Approval should be heard on shortened notice
21 and the hearing should be set for March 25, 2009 at 1:30 p.m.;

- 2 -
Stipulation and [Proposed] Order to Continue Case Management Conference and to Shorten Time

1    I, Kevin R. Allen, attest that I have obtained concurrence from Julie A. Kole in the filing of
2 this Stipulation and Proposed Order Continuing the Case Management Conference Date. *See* N.D.
3 Cal. General Order 45 § 10(b).

5 Dated: February 17, 2009

**KEESAL, YOUNG & LOGAN, APC**

By:  /s/Julie A. Kole
     Julie A. Kole, Esq.
     Attorneys for Defendant
     TD Ameritrade, Inc.

10 Dated: February 17, 2009

**SCOTT COLE & ASSOCIATES, APC**

By:  /s/Kevin R. Allen, Esq.
     Kevin R. Allen, Esq.
     Attorneys for the Representative Plaintiff
     and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that:

The Case Management Conference, currently scheduled for February 19, 2009 at 4:00 p.m., is hereby continued indefinitely.

**IT IS FURTHER ORDERED** that:

Plaintiff's Motion for Preliminary Approval shall be heard on shortened notice. The hearing and any oral argument on said motion shall take place on March 25, 2009 at 1:30 p.m.

Dated: February 18, 2009         By: _____
                                     Hon. Wayne D. Brazil
                                     United States Magistrate Judge