1  *(Attorneys of record on following page)*

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | JASON THOMAS, individually, and on behalf of all others similarly situated, ) | **Case No.: C 08-2397 WDB**

12 | )

13 |                     Plaintiff, ) | **CLASS ACTION**
   | v. )

14 | ) | **STIPULATION AND [PROPOSED] ORDER SETTING NEW DATES FOR MAILING CLASS NOTICE PACKAGE AND FINAL SETTLEMENT APPROVAL HEARING**
   | T.D. AMERITRADE, INC. )

15 | )

16 |                     Defendant. )
   | _____ )

17 | GREGORY O'DONNELL, individually, and on behalf of all others similarly )

18 | situated, )

19 |                     Plaintiff- )
   | Intervenor,

20 | )
   | v. )

21 | )
   | T.D. AMERITRADE, INC. )

22 | )

23 |                     Defendant. )
   | _____ )

24

25

26

27

28

- 1 -
Stipulation and [Proposed] Order Setting New Dates for Class Notice Mailing and Final Settlement Approval

| | |
|---|---|
| 1 | Scott Edward Cole, Esq. (S.B. #160744) |
|  | Molly A. Kuehn, Esq. (S.B. #230763) |
| 2 | **SCOTT COLE & ASSOCIATES, APC** |
|  | 1970 Broadway, Ninth Floor |
| 3 | Oakland, California 94612 |
|  | Telephone: (510) 891-9800 |
| 4 | Facsimile:  (510) 891-7030 |
|  | Web: www.scalaw.com |
| 5 | |
|  | Attorneys for Representative Plaintiff Jason Thomas |
| 6 | and the Plaintiff Class |
| | |
| 7 | Timothy D. Cohelan, Esq. (S.B. #60827) |
|  | Isam C. Khoury, Esq. (S.B. #58759) |
| 8 | Michael D. Singer, Esq. (S.B. #115301) |
|  | Christopher A. Olsen, Esq. (S.B. #236928) |
| 9 | **COHELAN KHOURY & SINGER** |
|  | 605 C Street, Suite 200 |
| 10 | San Diego, California 92101-5305 |
|  | Telephone: (619) 595-3001 |
| 11 | Facsimile:  (619) 595-3000 |
| | |
| 12 | Perry G. Smith, Esq. (S.B. #210402) |
|  | **BARRITT SMITH, LLP** |
| 13 | 17310 Red Hill Ave. |
|  | Irvine, California 92614 |
| 14 | Telephone: (949) 553-0700 |
|  | Facsimile:  (949) 553-0715 |
| 15 | |
|  | Attorneys for Representative Plaintiff-Intervenor Gregory O'Donnell |
| 16 | and the Plaintiff Class |
| | |
| 17 | Julie A. Kole, Esq. (S.B. #203681) |
|  | Julie L. Taylor, Esq. (S.B. #154341) |
| 18 | **KEESAL, YOUNG & LOGAN, APC** |
|  | 450 Pacific Avenue |
| 19 | San Francisco, California 94133 |
|  | Telephone: (415) 398-6000 |
| 20 | Facsimile: (415) 981-0136 |
|  | Email: julie.kole@kyl.com |
| 21 | Email: julie.taylor@kyl.com |
| | |
| 22 | Attorneys for Defendant |
|  | TD Ameritrade, Inc. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Stipulation and [Proposed] Order Setting New Dates for Class Notice Mailing and Final Settlement Approval

1    **WHEREAS**, this Court's Order (1) Preliminarily Approving Class Action Settlement; (2) Conditionally Certifying Settlement Class; (3) Authorizing Notice of Proposed Settlement of Class Action; and (4) Establishing Procedure For Obtaining Final Approval of the Settlement was signed on May 22, 2009;

**WHEREAS**, the Court's Order set a schedule for the Class Notice Package mailing deadline, the claims/opt-out period, the Motion for Final Approval filing date and the Final Settlement Approval Hearing;

**WHEREAS**, the Claims Administrator was ordered to mail the Class Notice Package twenty-one calendar days after service of the Notice of Preliminary Approval Order, or June 12, 2009;

**WHEREAS**, the Claims Administrator is unable to effectuate the mailing of the Class Notice Package by June 12, 1009 due to difficulties processing the data provided to them by Defendant TD Ameritrade, Inc.;

**WHEREAS**, the Claims Administrator's difficulties are described in the attached Declaration of Caryn Donly, Senior Project Administrator at Rust Consulting, Inc. ("Exhibit A");

**WHEREAS,** the parties stipulate that the declaration attached hereto as Exhibit A is a true and correct copy of a statement signed by Caryn Donly, Senior Project Administrator at Rust Consulting, Inc.;

**WHEREAS**, in order to ensure a proper and correct mailing of the Class Notice Package, the Claims Administrator requests that the mailing deadline be extended from June 12, 2009 to June 17, 2009;

**WHEREAS**, due to the delay in mailing the Class Notice Package, the parties seek leave of Court to set the dates identified below before the mailing commences on June 17, 2009;

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the parties hereto, through their attorneys of record, that the new schedule shall proceed as follows:

| Date/Triggering Event: | Event: |
|---|---|
| June 17, 2009 | Deadline for Claims Administrator to Mail the Notice and Claim Form ("Class Notice Package"). |
| July 27, 2009 | Last day for the Claims Administrator to mail a postcard to class members who have not yet responded to the Class Notice to remind them of the August 17, 2009 deadline to submit a Claim Form, object to the Settlement, or opt out of the Settlement. |
| August 17, 2009 | Last day for each class member to submit a timely Claim Form; or object to the Settlement by mailing an objection to the Court with copies to counsel for the parties and the Claims Administrator; or opt out of the class by mailing to the Claims Administrator a written request for exclusion from the class and the settlement. |
| September 9, 2009 | Last day for the Claims Administrator to provide Plaintiffs' counsel with a complete and accurate list of all class members who timely requested exclusion, and for the Plaintiffs' counsel to file a motion for final approval.<br><br>The notice period on the parties' motion for final approval is shortened from the thirty-five (35) days required by Local Rule 7-2(a) to SIXTEEN (16) days. Opposition to final approval, if any, must be filed no later than SEVEN (7) calendar days prior to the hearing on final approval, and reply briefs must be filed no later than THREE (3) calendar days prior to the hearing. |
| September 25, 2009 at 1:30 p.m. | Final Settlement Approval Hearing in Courtroom 4, U.S. District Court, 1301 Clay Street, Oakland, CA 94612 |

I, Molly A. Kuehn, attest that I have obtained concurrence from Julie Taylor and Michael Singer in the filing of this Stipulation and Proposed Order Setting New Dates for Class Notice Mailing and Final Settlement Approval. See N.D. General Order 45 § 10(b).

| | | |
|---|---|---|
| 1 | Dated: June 12, 2009 | |
| 2 | | **SCOTT COLE & ASSOCIATES, APC** |
| 3 | | By:    Molly A. Kuehn |
| 4 | | Molly A. Kuehn, Esq.<br>Attorneys for the Representative Plaintiff Thomas and the Plaintiff Class |
| 5 | | |
| 6 | Dated: June 12, 2009 | **COHELAN KHOURY & SINGER** |
| 7 | | |
| 8 | | By:    Michael D. Singer |
| 9 | | Michael D. Singer, Esq.<br>Attorneys for the Plaintiff-Intervenor O'Donnell and the Plaintiff Class |
| 10 | Dated: June 12, 2009 | **KEESAL, YOUNG & LOGAN, APC** |

**IT IS HEREBY ORDERED** that:

The dates for mailing of the Class Notice Package, the last day for filing a claim, opt-out, or exclusion letter, and the Final Settlement Approval Hearing are set as listed above.

6/15/09

The Honorable Wayne D. Brazil
United States District Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Wayne D. Brazil